IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROBERT JAMES TOWNSEND, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 4:16-CV-301 |
| | : |
| BP EXPLORATION & PRODUCTION INC., et al., | : |
| | : |
| Defendants. | : |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), hereby move for summary judgment as to all of plaintiff's claims.

Plaintiff has failed to offer the required expert evidence to support his claims against BP for alleged injuries as a result of exposure to oil or to chemical dispersants during clean-up activities following the April 2010 *Deepwater Horizon* incident. The deadline for expert disclosure has run according to this Court's September 7, 2016, Scheduling Order (doc. 37). As a matter of law, plaintiff cannot establish either general or specific causation as to any alleged injury. There is no issue of fact, and BP is entitled to summary judgment in its favor.

In support of this motion, BP submits its Brief in Support of Motion for Summary Judgment (including Narrative Statement of Facts) and Evidentiary

Submission in Support of Motion for Summary Judgment, both filed contemporaneously herewith.

>Respectfully submitted,
>
>/s/ Harlan I. Prater, IV
>One of the Attorneys for Defendants BP
>Exploration & Production Inc. and BP America
>Production Company

OF COUNSEL:

Harlan I. Prater, IV  hprater@lightfootlaw.com
William H. Morrow   wmorrow@lightfootlaw.com
Jonathan R. Little   jlittle@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.  I further certify that a true and correct copy will be served on the Plaintiff at the following address via U. S. Mail and electronic mail:

>Robert James Townsend
>306-C Valley Street
>Glencoe, Alabama 35905
>
>*Pro Se Plaintiff*

>/s/  William H. Morrow
>OF COUNSEL

2